1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| NATHANEL SCOTT,<br><br>          Plaintiff,<br><br>     v.<br><br>EVANS ADHESIVE CORPORATION,<br><br>          Defendant. | Case No. 5:23-cv-00978-AB-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EVANS ADHESIVE CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Date :    September 1, 2023<br>Time:    10:00 a.m.<br>Ctrm:    7B<br>Judge:   Hon. André Birotte Jr. |
|---|---|

On July 6, 2023, Defendant Evans Adhesive Corporation ("Defendant") filed its Motion to Dismiss Plaintiff Nathanel Scott's ("Plaintiff") Complaint with prejudice.

Defendant seeks an order under Federal Rules of Civil Procedure 12(b)(6) dismissing with prejudice each of the claims in the Complaint for failure to state a claim upon which relief can be granted. All eight asserted causes of action in the Complaint lack sufficient factual allegations to state the essential elements of each cause of action. Instead, the Complaint contains legal conclusions and mere recitations of the elements of the causes of action, and the facts alleged do not sustain any of the eight causes of action.

The Court, having considered Defendant's Motion to Dismiss, all papers filed in connection with the Motion, and the oral argument of the parties, and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

The first cause of action fails to state the essential elements for disability discrimination under the Americans with Disabilities Act ("ADA") and the California Fair Employment and Housing Act ("FEHA"), and it is dismissed with prejudice.

The second cause of action fails to state the essential elements for failure to engage in the interactive process under the ADA and the FEHA, and it is dismissed with prejudice.

The third cause of action fails to state the essential elements for failure to accommodate under the ADA and the FEHA, and it is dismissed with prejudice.

The fourth cause of action fails to state the essential elements retaliation under the ADA and the FEHA, and it is dismissed with prejudice.

The fifth cause of action fails to state the essential elements failure to prevent discrimination under the ADA and the FEHA, and it is dismissed with prejudice.

The sixth cause of action fails to state the essential elements for violation of the California Family Rights Act ("CFRA"), and it is dismissed with prejudice.

The seventh cause of action fails to state the essential elements for retaliation under the CFRA, and it is dismissed with prejudice.

The eighth cause of action fails to state the essential elements for wrongful

2

[PROPOSED] ORDER GRANTING DEFENDANT EVANS ADHESIVE CORPORATION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE
Case No. 5:23-cv-00978-AB-PVC

1  termination in violation of public policy, and it is dismissed with prejudice.
2      IT IS SO ORDERED.

4  Dated: _____

                                              Hon. André Birotte Jr.

                                              U.S. District Court Judge of California

**[PROPOSED] ORDER GRANTING DEFENDANT EVANS ADHESIVE CORPORATION'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE**
Case No. 5:23-cv-00978-AB-PVC